```
           UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                      BECKLEY
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. 5:13-cr-00300

**MARK R. TRUMP**

## DISCLOSURE STATEMENT

Comes now the United States of America by, Blaire L. Malkin, Assistant United States Attorney for the Southern District of West Virginia, and, pursuant to Fed. R. Crim. P. 12.4, hereby files this Disclosure Statement to identify that an organization, Cecil I. Walker Machinery Company, which is a wholly owned subsidiary of Boyd Company, LLC, a privately held corporation, is a victim of the crime alleged in the indictment in this case.

    Respectfully submitted,

    R. BOOTH GOODWIN II
    United States Attorney

    s/Blaire L. Malkin
    BLAIRE L. MALKIN
    Assistant United States Attorney
    WV State Bar No. 10671
    300 Virginia Street, East
    Room 4000
    Charleston, West Virginia 25301
    Telephone: 304-345-2200
    Fax: 304-347-5104
    E-mail: blaire.malkin@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that the "Rule 12.4 Disclosure Statement" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing, today, November 22, 2013:

Mary Lou Newberger
Federal Public Defender
300 Virginia Street, East
Room 3400
Charleston, WV  25301

s/Blaire L. Malkin
BLAIRE L. MALKIN
Assistant United States Attorney
WV State Bar No. 10671
300 Virginia Street, East
Room 4000
Charleston, West Virginia 25301
Telephone:  304-345-2200
Fax:  304-347-5104
E-mail:  blaire.malkin@usdoj.gov