

# U.S. District Court

### West Virginia Southern - Beckley

Receipt Date: Aug 17, 2023 9:55AM

Mark Trump

| Rcpt. No: 5000284 | | Trans. Date: Aug 17, 2023 9:55AM | | | Cashier ID: #BM |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 700 | Criminal Debt | DWVS513CR000300 /001<br>MARK R TRUMP | 1 | 100.00 | 100.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| PC | Paper Check | #7243 | 08/11/2023 | | $100.00 |
| | | | Total Due Prior to Payment: | | $100.00 |
| | | | Total Tendered: | | $100.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.